

**U.S. Department of Justice**
Civil Division
*Office of Immigration Litigation*
*District Court Section*

Hans H. Chen
Trial Attorney
P.O. Box 868, Washington, DC 20044
Tel: (202) 305-0190
Fax: (202) 305-7000
Email: hans h.chen@usdoj.gov

June 3, 2020

**VIA ECF**

**SO ORDERED**

**Hon. Esther Salas, U.S.D.J.**
**Date:** June 3, 2020

Hon. Esther Salas
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Rizza Jane G.A., et al. v. Rodriquez, et al.*, Civil Action No. 20-5922 (ES)

Judge Salas,

We represent Respondents in the above-referenced action. On May 28, 2020, the parties stipulated to extend to June 8 the deadline for Respondents to file their Answer and Opposition to the Petition for Writ of Habeas Corpus and Motion for Preliminary Injunction. Dkt. No. 30-1. I write respectfully to ask that the Court grant Respondents permission to submit that Answer and Opposition in excess of the 30-page limit set by L. Civ. R. 7.2(d). Respondents respectfully request an extension of 12 excess pages.

Those excess pages are required to allow Respondents to respond in full, with a single response, to both the Habeas Petition and the Motion for Preliminary Injunction. The excess pages will also permit Respondents to address Petitioners' classwide claims while also stating the statutory authority for each named Petitioners' detention, as directed by the Court – and with Petitioners' Amended Complaint, there are now six named Petitioners. Finally, the excess pages will permit Respondents to "carefully address the issues raised by the Petition, providing detailed evidence regarding current conditions and practices at the Elizabeth Detention Center," as the Court encouraged in its June 2 text order. Dkt. 38.

During a telephonic meet and confer between counsel for the parties on May 27, 2020, counsel for Petitioners consented to the relief sought in this letter.



**U.S. Department of Justice**
Civil Division
*Office of Immigration Litigation*
*District Court Section*

Thank you very much for considering this matter.

Respectfully submitted,
*/s/ Hans H. Chen*
HANS H. CHEN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section

ATTORNEY FOR RESPONDENTS



**U.S. Department of Justice**
Civil Division
*Office of Immigration Litigation*
*District Court Section*

---

### CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I filed the foregoing document with the Clerk of the Court through the Court's ECF system and that on this day, it will be served electronically upon registered participants identified on the Notice of Electronic Filing.

Dated: June 3, 2020          */s/ Hans H. Chen*
                                             HANS H. CHEN
                                             Trial Attorney
                                             U.S. Department of Justice, Civil Division
                                             Office of Immigration Litigation
                                             District Court Section

                                             ATTORNEY FOR RESPONDENTS